THE STATE OF OHIO, APPELLANT, *v.* SPITALIERI, APPELLEE.

[Cite as State *v.* Spitalieri (1989), 46 Ohio St. 3d 605.]

(No. 88-1552—Submitted October 10, 1989—Decided November 8, 1989.)

*Steven C. LaTourette,* prosecuting attorney, for appellant.

This appeal is dismissed, *sua sponte,* as having been improvidently allowed.

SWEENEY, HOLMES, WRIGHT, H. BROWN and RESNICK, JJ., concur.

MOYER, C.J., and DOUGLAS, J., separately dissent.

MOYER, C.J., dissenting. I would affirm the decision of the court of appeals.

OFFICE OF DISCIPLINARY COUNSEL *v.* O'NEILL.

[Cite as Disciplinary Counsel *v.* O'Neill (1989), 46 Ohio St. 3d 605.]

(No. D.D. 88-13—Submitted September 26, 1989—Decided November 1, 1989.)

On November 16, 1988, Timothy Joseph O'Neill was indefinitely suspended from the practice of law.[1] He was ordered to pay the costs of the proceedings totalling $992.37.

O'Neill moves the court for permission to pay the costs in installments of $50 per month after an initial payment of $150. This motion is granted.

An application for reinstatement to the practice of law filed by O'Neill will not be considered until all costs are paid in full.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

---

[1] See *Disciplinary Counsel* v. *O'Neill* (1988), 39 Ohio St. 3d 337, 530 N.E. 2d 1317.